# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC43 | 9100481 | MUNOZ | 1860 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 01/09/2026  2103

Offense Charged: X CFR  ☐ USC  ☐ State Code

6 CFR 139.35 (a)

Place of Offense: 34 CIVIC CENTER PLAZA SANTA ANA, CA 92701

Offense Description: Factual Basis for Charge: DISORDERLY CONDUCT

HAZMAT ☐

### DEFENDANT INFORMATION

Phone: 714-███-███

Last Name: RUMMLER   KADEN   C

Street Address: ███████████

---

APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

$30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov

$ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 411 W 4TH ST SANTA ANA, CA DUTY COURTROOM

Date: 03/25/2026

Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Kaden

Original - CVB Copy

K09100481

CVB SCAN 01/16/2026 11:8

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JANUARY 9, 20 26 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

On federal property under the authority of DHS, where the Rules Governing Conduct on such property are posted at the public entrance, KADEN COLE RUMMLER (RUMMLER) was participating in a demonstration on property. RUMMLER was notified that the federal property was closed to the public and demonstrations needed to have prior GSA approval. RUMMLER continued to speak in a voice amplification device attempted to lunge forward and free another demonstrator being lawfully arrested. RUMMLER was detained and issued Citation #9100481 for violation of Title 6, Code of Federal Regulations, Section 139.35 (a) – Disorderly Conduct.

VSS is not available. See FPS Case #F26090042655 for additional information.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/09/2026

Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/16/2026 11:8