# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s) 8:26-PO-00009-KES / CC43 9100481 CourtSmart: CS 5/27/26 Date: May 27, 2026

Present: The Honorable: Karen E. Scott United States Magistrate Judge

| Jazmin Dorado | Gregory Lesser | none | |
|---|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* | *Language* |

United States of America v. Kaden C. Rummler

☑ Present ☐ Custody ☐ Bond ☐ Summons

Attorney Present for Defendant: Anne O'toole ; Susan S. Har

☑ Present ☐ CJA ☑ Ret'd ☐ DFPD ☐ Not Present

## PROCEEDINGS HAD ON VIOLATION NOTICE

- ☐ Defendant arraigned. Informed of charges and rights.
- ☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.
- ☐ Attorney appointed ______ ☐ DFPD / ☐ PANEL
- ☐ Defendant executes a Consent to be Tried by U.S. Magistrate Judge.
- ☐ Defendant enters plea of: ☐ Guilty ☐ Not Guilty ☐ Nolo Contendere
- ☐ Court accepts plea.
- ☐ Court orders case continued to: ______ at ______ in Courtroom ______ for ______
- ☐ Bail is set at $______ P/R. ☐ Defendant released.
- ☐ Fine imposed. See separate order re: fine.
- ☐ On motion of the government, Court orders case dismissed as to citation (s): ______
- ☐ Court orders case dismissed.
- ☐ Court orders defendant participate in Traffic School, complete same by ______ or appear on ______ in Courtroom ______ before ______
- ☐ The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.
- ☐ Defendant is notified of the right to appeal sentence.
- ☑ Other At the agreement of the parties, violation notice is amended to allege 6 CFR § 139.25(d) - Creating a hazard on federal property; a forfeiture collateral is set at $250 + $30 CVB processing fee. Arraignment is continued to June 24, 2026, at 10:00am via VTC.

cc: AUSA

jd
Deputy Clerk

Time in Court: 00:08